## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Stratton v. Wallace et al.    Docket No.: 14-3113; District Ct: 1-11-CV-00074

Lead Counsel of Record (name/firm) or Pro se Party (name): Joel B. Schechter, Esq., Bennett Schechter Arcuri & Will LLP, 701 Seneca Street, Suite 609, Buffalo, New York 14210

Appearance for (party/designation): Great River Leasing, LLC, Defendant/Appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [ ] Correct
- [✓] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: see attached
- [ ] Incorrect. Please change the following parties' designations:
    Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [✓] Incorrect or Incomplete, and should be amended as follows:

Name: Joel B. Schechter, Esq.
Firm: Bennett Schechter Arcuri & Will LLP
Address: 701 Seneca Street, Suite 609, Buffalo, New York 14210
Telephone: (716) 242-8100                Fax: (716) 242-8101
Email: jschechter@bsawlaw.com

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 29, 2014 _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _[signature]_
Type or Print Name: Joel B. Schechter, Esq.
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

## ADDENDUM TO DOCKET SHEET ACKNOWLEDGEMENT/AMENDMENTS

*Appellate Designation*

The following parties represented by counsel do not wish to participate in this appeal:

- Midwest Holding Group, Inc.
- Millis Transfer, Inc.
- Rivera Real Estate, LLC
- Millis Real Estate Leasing, LLC
- Millis Transfer, Inc. d/b/a Defendant MTI
- MTI Freight Systems, Inc.
- Millis, Inc.
- Millis Equipment Leasing, LLC
- David P. Millis
- Paul B. Millis
- Richard D. Millis
- Steven Millis
- Michael D. Millis
- Daniel Millis