NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Stratton v. Wallace**                    Docket No.: **14-3113cv**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Ronald J. Wright, Esq.**

Firm: **Law Office of Francis M. Letro**

Address: **110 Pearl Street -10th Floor, Buffalo, New York 14202**

Telephone: **716-852-1234**                    Fax: **716-853-2930**

E-mail: **rjwright@letrolaw.com**

Appearance for: **Michael P. Stratton, Individually and as Administrator of the Estate of Julie I. Stratton, Deceased**

(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: **Francis M. Letro, Esq.**                    )

(name/firm)

[ ] Substitute counsel (replacing other counsel:                    )

(name/firm)

[ ] Additional counsel (co-counsel with:                    )

(name/firm)

[ ] Amicus (in support of:                    )

(party/designation)

---

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[✓] I applied for admission on **September 11, 2014**                    .

Signature of Counsel: _____

Type or Print Name: **Ronald J. Wright, Esq.**